Christopher J. Boman (SBN 198798)
    E-Mail: cboman@fisherphillips.com
Boris Sorsher (SBN 251718)
    E-Mail: bsorsher@fisherphillips.com
Ashton M. Riley (SBN 310528)
    E-Mail: ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
EXEL, INC. dba DHL SUPPLY CHAIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THOMAS WADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXEL, INC. DBA DHL SUPPLY CHAIN, a company of unknown incorporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No:<br><br>*[Removed from San Bernardino Superior Court; Case No.: CIV SB 2130619]*<br><br>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 7.1-1<br><br>Complaint Filed:   October 26, 2021<br>Trial Date:            None Set |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant EXEL INC. dba DHL SUPPLY CHAIN, by and through counsel, hereby submit Defendant's Corporate Disclosure Statement:

//

//

//

//

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record for Defendant EXEL INC. dba DHL SUPPLY CHAIN certifies pursuant to Civil L.R. 7.1-1 that the following listed parties may have a pecuniary interest in the outcome of this case.   These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1.      DPWN Holdings (USA), Inc., owner of Defendant;

2.      Deutsche Post Beteiligungen Holding GmbH, owner of DPWN Holdings (USA), Inc.

3.      Deutsche Post, AG, owner of Deutsche Post Beteiligungen Holding GmbH.

4.      Plaintiff.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Defendant EXEL INC. dba DHL SUPPLY CHAIN states the following: EXEL INC. is wholly owned by DPWN Holdings (USA), Inc. which is wholly owned by Deutsche Post Beteiligungen Holding GmbH, which is wholly owned by Deutsche Post, AG, which is publicly traded on the German stock exchange.


Dated:  January 14, 2022                         Respectfully submitted,

FISHER & PHILLIPS LLP


By:     */s/ Ashton M. Riley*
        Christopher J. Boman
        Boris Sorsher
        Ashton M. Riley
        Attorneys for Defendant
        EXEL, INC. dba DHL SUPPLY
        CHAIN

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On January 14, 2022, I served the foregoing document entitled **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 7.1-1** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Jake D. Finkel
Alexander Perez
LAW OFFICES OF JAKE D. FINKEL, APC
3470 Wilshire Blvd., Suite 830
Los Angeles, CA  90010

Attorneys for Plaintiff
THOMAS WADE

T:  213-787-7411
F:  213-916-0521
E:  jake@lawfinkel.com
E:  alex@lawfinkel.com

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express.  Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed January 14, 2022 at Irvine, California.

Everlyn Camanag
Print Name

By:  */s/ Everlyn Camanag*
Signature