1  Christopher J. Boman (SBN 198798)
      E-Mail: cboman@fisherphillips.com
2  Boris Sorsher (SBN 251718)
      E-Mail: bsorsher@fisherphillips.com
3  Ashton M. Riley (SBN 310528)
      E-Mail: ariley@fisherphillips.com
4  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
5  Irvine, California 92614
   Telephone: (949) 851-2424
6  Facsimile: (949) 851-0152

7  Attorneys for Defendant
   EXEL, INC. dba DHL SUPPLY CHAIN
8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11

| 12 | THOMAS WADE, an individual, | Case No: 5:22-cv-00093-JAK-KK |
|---|---|---|
| 13 | Plaintiff, | *[Removed from San Bernardino Superior Court; Case No.: CIV SB 2130619]* |
| 14 | v. | DEFENDANT'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 7.1-1 |
| 15 | EXEL, INC. DBA DHL SUPPLY CHAIN, a company of unknown incorporation; and DOES 1 through 50, inclusive, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | Complaint Filed: October 26, 2021 |
| 19 | | Trial Date: None Set |

20

21        TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND

22  THEIR COUNSEL OF RECORD:

23        Pursuant to the Court's order, Defendant submits this Supplemental

24  Certificate of Interested Parties and Corporate Disclosure Statement Pursuant to

25  FRCP 7.1 and Local Rule 7.1-1

26  //

27  //

28  //

                                         1
                    DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
FP 42954324.1

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Deutsche Post Beteiligungen Holding GmbH, owner of DPWN Holdings (USA), Inc., and Deutsche Post, AG, owner of Deutsche Post Beteiligungen Holding GmbH, have no financial or corporate ownership relationship with Deutsche International or Deutsche Govt Money Market Fund. Defendant EXEL Inc. dba DHL SUPPLY CHAIN is not aware of any other relationship between the above entities.

Dated: January 26, 2022

Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/ Ashton M. Riley*
Christopher J. Boman
Boris Sorsher
Ashton M. Riley
Attorneys for Defendant
EXEL, INC. dba DHL SUPPLY CHAIN

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On January 26, 2022, I served the foregoing document entitled **DEFENDANT'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** AND LOCAL RULE 7.1-1 on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jake D. Finkel<br>Joshua Park<br>LAW OFFICES OF JAKE D. FINKEL, APC<br>3470 Wilshire Blvd., Suite 830<br>Los Angeles, CA 90010 | Attorneys for Plaintiff<br>THOMAS WADE<br><br>T: 213-787-7411<br>F: 213-916-0521<br>E: jake@lawfinkel.com<br>E: josh@lawfinkel.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed January 26, 2022 at Irvine, California.

| Everlyn Camanag | By: */s/ Everlyn Camanag* |
|---|---|
| Print Name | Signature |

1
CERTIFICATE OF SERVICE

FP 42954324.1